(April 28, 1923.)

## P. B. DEARY, Respondent, v. GREGORIO ANSCHUSTIGUI, Appellant.

[215 Pac. 462.]

TWO-MILE LIMIT STATUTE—SUFFICIENCY OF OWNERSHIP.

> One in possession of land under valid claim of title thereto may maintain an action for damages under the two-mile limit statute.

APPEAL from the District Court of the Third Judicial District, for Owyhee County. Hon. Charles F. Reddoch, Judge.

Action for damages for trespass under the two-mile limit statute. From judgment for plaintiff, defendant appeals. *Affirmed* in part and *remanded* with instructions.

P. E. Cavaney, for Appellant.

Wright A. Stacy and Wm. Healy, for Respondent.

Counsel cite same authorities cited in *Lessman v. Anschustigui, ante,* p. 127.

GIVENS, Commissioner.—This is a companion case to *Lessman v. Anschustigui, ante,* p. 127, 215 Pac. 460, the loss in weight of the cattle herein being comparable to the failure of the cattle to increase therein. Appellant herein raises the additional point that the respondent did not show such ownership in the land as would entitle him to bring an action under the two-mile limit statute. He introduced in evidence title deeds to the land, and offered evidence that he was in possession of the land and claimed title and ownership thereof. This was sufficient. (*Sifers v. Johnson,* 7 Ida. 798, 97 Am. St. 271, 65 Pac. 709, 54 L. R. A. 785; *Denney v. Arritola,* 31 Ida. 428, 174 Pac. 135.)

All the other points having been decided in the *Lessman v. Anschustigui* case, *supra*, the judgment in this case should be affirmed in the amount of $275, the value of the pasturage rented by respondent as a substitute for the pasturage destroyed by appellant's sheep.

Budge, C. J., and McCarthy, Dunn and William A. Lee, JJ., concur.

PER CURIAM.—The above and foregoing has been examined and is hereby adopted in whole as the opinion of the court. If respondent, within 30 days of the receipt of the *remittitur* by the clerk of the court below, accepts a reduction of the judgment to $275, the judgment will be sustained. If not, the judgment will be reversed with instructions to grant a new trial, and it is so ordered. Costs to appellant.

Petition for rehearing denied.